THE PRESIDENT, DIRECTORS, and COMPANY OF THE STATE
BANK OF ILLINOIS, plaintiffs in error v. HEZEKIAH
HAWLEY, defendant in error.

*Error to the Municipal Court of the City of Alton.*

Under the statute of Illinois in relation to promissory notes, it is unnecessary to
give notice of the non-payment of a note, in order to charge the assignor or
endorser.

THIS cause was tried in the Municipal Court of the City of
Alton, at the January term, 1839, before the Hon. William Mar-
tin.   Judgment was rendered for the defendant in error.

GEO. T. M. DAVIS, for the plaintiffs in error, cited R. L.
483 ;(1) Humphreys v. Collier *et al.*, *Ante* 47 ; Mason v. Wash,
Breese 16.

A. W. JONES, for the defendant in error.

WILSON, Chief Justice, delivered the opinion of the Court:
This action was instituted by the Bank, against the defendant,
Hawley, upon the following note, to wit,

"$50Q   One hundred days after date, for value received, I
promise to pay H. Hawley, Esq., or order, the sum of five hun-
dred dollars; negotiable and payable at the Branch of the Bank
of Illinois at Alton.                         J. CHEEVER, Jr."

This note was assigned to the Bank on the same day it was
made.   The declaration is in the usual form, with an averment
that Cheever, the maker of the note, was before the note became
due, and ever since has continued to be, a non-resident of the
State of Illinois, and beyond the jurisdiction of the Court.   The
case was submitted to the Court to be decided according to the
law applicable to it; and it decided against the plaintiffs' right to
recover, upon the ground that the Bank had failed to give notice
to the defendant, the assignor, that payment of the note had been
demanded and refused at the Bank.   This decision is erroneous.
No such notice is necessary in order to charge the assignor of a
note;—the rule is different from that applicable to bills of ex-
change.
   The judgment must be reversed with costs, and the cause re-
manded.
   *Judgment reversed.*

*Note.*  See Butterfield v. Kinzie, *Ante* 445; Brown v. Knower, *Ante* 469; Arm-
strong v. Caldwell, *Ante* 546.

(1) Gale's Stat. 526.